JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| DENA PETERSON,<br><br>Plaintiff,<br><br>v.<br><br>HONOR COFFEE ROASTERS LLC, et al.,<br><br>Defendants. | Case No. 8:26-cv-02206-DFM<br><br>ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND REQUIRING FILING OF DISMISSAL |

On October 29, 2026, Plaintiff filed a Notice of Settlement, advising the Court that the parties have settled this case in its entirety. See Dkt. 17. The parties request the Court grant thirty (30) days for Plaintiff to file dispositional documents in order to afford them time to complete settlement. See id.

Accordingly, the Court hereby orders all proceedings in this case stayed pending final settlement. It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause within **thirty (30) days**, to reopen the action if settlement is not consummated. The parties shall file a stipulation of dismissal no later than **November 30, 2026**. If no

///

///

///

dismissal is filed, the Court will deem the matter dismissed at that time.

The Court retains full jurisdiction over this action, and this order shall not prejudice any party in the action.

Date: October 29, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge